## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## BEAUMONT DIVISION

|  |  |
|---|---|
| Northfield LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>Onchainweb3.net, *et al.*,<br><br>*Defendants*. | Case No. 1:26-cv-00092<br><br>**Declaration in Support of Plaintiff's Motion for *Ex Parte* Temporary Restraining Order & Order Authorizing Expedited Discovery** |

I, Evan Cole, state and swear as follows.

### I.   Introduction

1.      My name is Evan Cole. I am of sound mind and capable of making this declaration. I have personal knowledge of the facts stated herein.

2.      I am the Head of Investigations at The Hoda Law Firm, PLLC. I am experienced in blockchain investigations and am knowledgeable about the pig-butchering scam epidemic and the tactics of cybercriminals like the Defendants in this case. I hold the Blockchain Intelligence Group Advanced Certified Cryptocurrency Investigator certification, the Chainalysis Cryptocurrency Fundamentals and Chainalysis Reactor certifications, and the Lukka Crypto Asset Investigation I certification.

- 1 -

## II.    Pig-Butchering Scams

3.    The Complaint in this case alleges that the defendants are the perpetrators of what is known as a "pig-butchering scam." I have been personally involved in the investigation of and litigation concerning dozens of pig-butchering scams. This section of my Declaration provides background information about this type of scam based on my personal experience and publicly available sources.

4.    Pig-butchering scams are sophisticated online fraud schemes in which perpetrators build trust with victims over time—often through romantic or investment pretexts—before manipulating them into making increasingly large financial transfers. The name comes from the metaphor of "fattening up" a pig before slaughter: scammers groom victims emotionally and psychologically over the course of months and even years. These scams frequently involve fake cryptocurrency 'investment platforms' or 'trading apps' that show fabricated profits to entice continued investment. But the 'investment platforms' are entirely fake. No trading or investing ever occurs. The scammers simply steal the victims' assets and immediately begin the process of laundering and obfuscating those assets using foreign cryptocurrency exchanges and bank accounts.

5.      Pig-butchering scams are epidemic. Last year, the FBI received 41,557 reports of cryptocurrency-related investment fraud.[1] These victims collectively reported *$5.8 billion* in losses in 2024 alone.[2] The FBI has reported a 29% increase in pig-butchering victim complaints and a 47% increase in losses from 2023 to 2024.[3] This reporting is consonant with my own experience. Law-enforcement resources have been overwhelmed by the scale of this epidemic, such that most victims receive no response to their law-enforcement reports.

6.      Most pig-butchering scams are operated from Southeast Asia—particularly Cambodia, Myanmar, and Thailand. They also used forced labor to operate their scams. Scam operators lure individuals to their scam compounds with the promise of "IT work," only to confiscate their passports on arrival and force them to work in their scam operations. The criminal bosses who orchestrate these scams have become fantastically rich by stealing from Americans.[4] These foreign criminals specifically target

---

[1] Federal Bureau of Investigation Internet Crime Complaint Center, *2024 Internet Crime Report*, p. 36. A true and correct excerpt from this report is attached as <u>Attachment 1-A</u> to this Declaration.

[2] *Id.*

[3] *Id.*

[4] Poppy McPherson & Tom Wilson, *Crypto Scam: Inside the Billion-Dollar 'Pig-Butchering' Industry*, REUTERS, available at: https://www.reuters.com/investigates/special-report/fintech-crypto-fraud-thailand/ (published Nov. 23, 2023).

American victims and relish the opportunity to steal from them.[5] Some escaped former scam "workers" have reported, for instance, that their bosses urged them to "cripple the U.S. economy," and to conceive of their campaign against U.S. citizens as "World War III."[6]

7.      The pig-butcherers' economic warfare is astonishingly effective. Scammers often succeed not only in stealing *some* money from victims—but frequently are able to abscond with their entire life's savings. Some victims have taken their own lives,[7] and thousands have had theirs and their families' lives changed forever.

### III.   The Onchainweb3 Scam

8.      I have reviewed the Complaint in this matter and Plaintiff's Motion for *Ex Parte* Temporary Restraining Order and Expedited Discovery (the "Motion"). Based on my training and experience, after reviewing these materials and the evidence obtained from Victim and in the course of my own investigation, I have concluded beyond any doubt that Victim's loss here was the result of a pig-butchering scam.

---

[5] THE ECONOMIST, *Opportunity of a Lifetime*, Scam Inc. (podcast), Season 1, Episode 2, available at: https://podcasts.apple.com/lt/podcast/2-opportunity-of-a-lifetime/id1785226676?i=1000689590456 (published February 6, 2025), at timestamp 17:30.

[6] *Id.*

[7] Teele Rebane, *Killed by a Scam: A Father Took His Own Life After Losing His Savings to International Criminal Gangs, and He's Not the Only One*, CNN WORLD NEWS, available at: https://www.cnn.com/2024/06/17/asia/pig-butchering-scam-southeast-asia-dst-intl-hnk (published June 20, 2024).

## IV.    Blockchain Tracing

9.    I performed a blockchain tracing investigation into the flow of Victim's funds after their transfer to the scammers' blockchain addresses. Blockchain tracing refers to the process of using publicly available data in conjunction with specialized software and investigative discretion to track digital assets from location to location on the blockchain. This investigation revealed that $1.37 million of Victim's assets, substantially all of the money she invested in the course of the scam or paid while attempting to unlock her account, were ultimately transferred to deposit addresses at the Binance cryptocurrency exchange. Those addresses are:

| Exchange | Address |
| --- | --- |
| Binance | 0x092f5058225a78081c82b3db11266d8a9fdf6120 |
| Binance | 0x0e9f2c611ff5c9a498250f78d70b57b806cd08a3 |
| Binance | 0x10af437eb75b22109e4f5784f521e0d2f5efbfd8 |
| Binance | 0x1159358600450c9934ad1125e9f45eb17f7daaf2 |
| Binance | 0x13d73ff373cb142853c95c8aa44dedb4ffa67598 |
| Binance | 0x15a206e9764a72b21e3bc7c1609fe3cfb1d6263c |
| Binance | 0x2ad1b500b9977ba0e65795ae988895b0f2c8bed1 |
| Binance | 0x3ae2fbaecd968eea9dcf019d2ede3c07f55c08df |
| Binance | 0x417da0190ecfc333650a2a81671de42c518b2f80 |
| Binance | 0x582f31cc4561e55ccd56edfcf1d6895b41d7ad66 |
| Binance | 0x5d2e8d5b7c4b743f1bc51b2d5c5f977426c1905d |
| Binance | 0x5db92e2d9e52792bb4727a419594b2b2b9ca1600 |

- 5 -

| Binance | 0x7e05a3f7324c2ee4c3a230d7d3f06bd16f309d82 |
| Binance | 0x817630bb8d7ca0007ab06ac71c0354f47d4f74c9 |
| Binance | 0x865c078abacb78c5c44424326692d5c74c002fe1 |
| Binance | 0x9153a3a2e9335cc405aa0e58cb8d000617ae1f41 |
| Binance | 0x91da52c4b93ce3a38d6f72934e74e649a869efed |
| Binance | 0x94ad2d0d43a3f1754298cb4dc0422ff54af481f8 |
| Binance | 0xa1fdce8770ee45ef8af48884adcb3f127b68c3f0 |
| Binance | 0xa4a7858908e2a990e9e6d16bd06f4c583c05640f |

10.    A blockchain tracing graph which shows Plaintiff's 'invested' funds traceable to addresses associated with Binance is attached as Attachment 1-B to this Declaration. A blockchain tracing report showing Victim's funds traceable to Binance using several accounting methods is attached as Attachment 1-C to this Declaration.

11.    Cryptocurrency exchanges are informational "black holes" for blockchain investigators. Exchanges' methods of intermingling assets are such that funds cannot be reliably traced any further once they reach an exchange. The only means of determining whether any assets remain in the accounts associated with identified deposit addresses, or of tracing those assets further, is by obtaining information about those addresses and accounts from the exchanges where they are housed.

## V.    Risk of Transfer

12.    Pig-butchering victims have a fleeting opportunity to seek to freeze misappropriated assets shortly after the scam concludes.

- 6 -

Cybercriminals are able to transfer cryptocurrency assets from address to address, or from blockchain to blockchain, in seconds and with just a few clicks. However, the process of laundering ill-gotten gains often requies cybercriminals to move at least some of the victim's assets through accounts at cryptocurrency exchanges that may comply with U.S. court orders and law-enforcement requests.

13.     But even where a victim's assets can be traced to identifiable cryptocurrency exchanges that would cooperate with freezing orders, those assets could be further dissipated at any moment via transfer to non-compliant exchanges or to an unfreezable "self-custodied" address, or by "off-ramping" and swapping them for fiat currency. Once stolen assets have been dissipated in this way, recovery becomes highly unlikely, if not practically impossible.

## VI.    Subpoena Targets

14.     I have performed an "open-source intelligence" investigation in this matter in addition to the blockchain investigation described above. Open-source intelligence refers to publicly available information about a subject, often technological in nature.

15.     In this case, I have identified several subpoena targets. I explain the connection of each of these subpoena targets to this case below.

| Subpoena Target | Connection to Case |
| --- | --- |

| Telegram | Victim interacted with Ava Lee and her associated trading group via Telegram. Telegram may possess information about those accounts' operators. |
|---|---|
| WhatsApp | Victim's first contact with Ava Lee was via WhatsApp. WhatsApp may possess information about the accountholder. |
| GoDaddy | GoDaddy is the domain registrar for onchainweb3.net. They may possess information about the domain's operators. |
| Amazon | Amazon Web Services is the domain registrar for virtualtourcoach.com. They may possess information about the domain's owner(s). |
| Cloudflare, Inc. | Onchainweb3's web domain is located on IP addresses owned by Cloudflare. Cloudflare may possess information about the domain's owner(s). |
| Binance | Substantially all of Victim's stolen assets were traced to deposit addresses at Binance. |

16.     These subpoena targets are likely to be in possesssion of biographical, contact, payment, and account activity information about the Defendants. Businesses like those operated by the proposed subpoena targets typically maintain such information in databases that allow for straightforward data isolation and export, such that the burden of providing the information requested will be minimal.

17.     Typically in pig-butchering cases, the discovery process involves issuing additional subpoenas in response to information gained from previous subpoenas, especially where the targets are internet service providers or virtual asset service providers (e.g. cryptocurrency exchanges).

### VII.   Service Targets

18.    The Defendants' precise whereabouts remain unknown despite diligent investigation. In this case, I have identified targets for alternate service based on the Victim's interactions with the entities perpetrating the scam. These targets represent communication methods through which the Defendants communicated with the Victim, and to which the Victim still has access.

| Target | Method | Explanation |
|--------|--------|-------------|
| Ava Lee | Telegram | Ava Lee communicated with Victim via Telegram. |
| Ava Lee | WhatsApp | Ava Lee communicatd with Victim via WhatsApp. |

**[SIGNATURE PAGE FOLLOWS]**

**VERIFICATION**

I, Evan Cole, hereby verify and declare under penalty of perjury

that the foregoing is true and correct.




Evan Cole
Head of Investigations
CyberJustice Law Group
evan@cyberjustice.law


March 12, 2026



**Federal Bureau of Investigation
Internet Crime Report**



**2024**

INTERNET CRIME COMPLAINT CENTER

# 2024 IC3 CRYPTOCURRENCY FRAUD



[20]

| CRYPTOCURRENCY FRAUD - 2024 | | | |
|---|---|---|---|
| **149,686** Complaints | **$9.3 Billion in Losses** | **66% Increase in Losses** | **Largest Age Group: 60+** |

| COMPLAINTS REFERENCING CRYPTOCURRENCY | | |
|---|---|---|
| **AGE RANGE**[21] | **COUNT** | **LOSS** |
| **Under 20** | 1,819 | $7,778,157 |
| **20 - 29** | 13,591 | $370,443,345 |
| **30 - 39** | 22,218 | $1,006,382,458 |
| **40 - 49** | 22,555 | $1,462,040,974 |
| **50 - 59** | 19,317 | $1,184,912,854 |
| **Over 60** | 33,369 | $2,839,333,197 |

[22]



IC3 Complaints with Reference to Cryptocurrency

---

[20] Accessibility description: Chart outlines cryptocurrency complaints in 2024: 149,686 complaints; $9.3 billion in losses; 66% increase in loss; largest age group to report is 60+.

[21] Not all complaints include an associated age range—those without this information are excluded from this table. Please see Appendix C for more information regarding IC3 data.

[22] Chart outlines the number of cryptocurrency related complaints from 2017 to 2024.

## CRYPTOCURRENCY in FRAUD TRENDS

### Cryptocurrency Investment

41,557 Complaints; $5.8 Billion in Losses
-----
29% Increase in Complaints from 2023
47% Increase in Losses from 2023
-----
The FBI Warns of a Spike in Cryptocurrency Investment Schemes

**CRYPTO INVESTMENT FRAUD by AGE GROUP**

| Age Group | Count | Losses |
|---|---|---|
| Under 20 | 303 | $3,307,216 |
| 20 - 29 | 2,906 | $273,447,400 |
| 30 - 39 | 6,217 | $373,696,736 |
| 40 - 49 | 7,145 | $1,053,964,645 |
| 50 - 59 | 6,364 | $811,298,119 |
| Over 60 | 8,043 | $1,600,353,509 |

### Cryptocurrency ATMs/Kiosks

10,956 Complaints; $246.7 Million in Losses
------
99% Increase in Complaints from 2023
31% Increase in Losses from 2023
------
The FBI Warns of Fraudulent Schemes Leveraging Cryptocurrency ATMs and QR Codes to Facilitate Payment

**REPORTS of CRYPTO ATM/KIOSK USE by AGE GROUP**

| Age Group | Count | Losses |
|---|---|---|
| Under 20 | 7 | $51,913 |
| 20 - 29 | 280 | $3,739,620 |
| 30 - 39 | 361 | $4,241,387 |
| 40 - 49 | 319 | $3,621,774 |
| 50 – 59 | 349 | $5,523,230 |
| Over 60 | 2,674 | $107,206,251 |

**CRIME TYPES MOST ASSOCIATED WITH CRYPTO ATM USE**

| | Count | Losses | | Count | Losses |
|---|---|---|---|---|---|
| Extortion | 4,189 | $5,601,953 | Government Impersonation | 1,786 | $44,587,335 |
| Tech Support | 3,037 | $107,429,709 | Investment | 606 | $38,090,269 |

### Extortion/Sextortion

54,936 Complaints; $33.5 Million in Losses
-----
59% Increase in Complaints from 2023
9% Increase in Losses from 2023
-----
Malicious Actors Manipulating Photos and Videos to Create Explicit Content and Sextortion Schemes

**EXTORTION / SEXTORTION by AGE GROUP**

| Age Group | Count | Losses |
|---|---|---|
| Under 20 | 7,463 | $3,720,078 |
| 20 - 29 | 20,279 | $39,863,422 |
| 30 - 39 | 18,617 | $102,445,015 |
| 40 - 49 | 17,577 | $160,993,499 |
| 50 - 59 | 12,946 | $255,512,960 |
| Over 60 | 20,445 | $724,288,735 |

# CRIME TYPES WITH CRYPTOCURRENCY NEXUS

| COMPLAINTS | | | |
|---|---|---|---|
| **Crime Type** | **Count** | **Crime Type** | **Count** |
| **Extortion** | 47,054 | **Identity Theft** | 527 |
| **Investment** | 41,557 | **Credit Card/Check Fraud** | 389 |
| **Personal Data Breach** | 11,644 | **Ransomware** | 389 |
| **Tech Support** | 11,129 | **Lottery/Sweepstakes/Inheritance** | 329 |
| **Employment** | 6,533 | **Business Email Compromise** | 256 |
| **Phishing/Spoofing** | 3,938 | **Real Estate** | 256 |
| **Confidence/Romance** | 3,811 | **SIM Swap** | 215 |
| **Government Impersonation** | 3,585 | **Harassment/Stalking** | 211 |
| **Non-Payment/Non-Delivery** | 2,492 | **Overpayment** | 186 |
| **Advanced Fee** | 1,537 | **Malware** | 53 |
| **Other** | 1,315 | **Botnet** | 44 |
| **Data Breach** | 846 | **Crimes Against Children** | 42 |

| Descriptor* | |
|---|---|
| **Cryptocurrency** | 149,686 |

\* This descriptor relates to the medium or tool used to facilitate the crime and are used by IC3 for tracking purposes only. It is available only after a crime type has been selected. Please see Appendix C for more information regarding IC3 data.

## CRIME TYPES WITH CRYPTOCURRENCY NEXUS *Continued*

| LOSSES | | | |
|---|---|---|---|
| **Crime Type** | **Loss** | **Crime Type** | **Loss** |
| **Investment** | $5,819,531,069 | **SIM Swap** | $28,463,106 |
| **Personal Data Breach** | $1,120,793,009 | **Credit Card/Check Fraud** | $24,901,693 |
| **Tech Support** | $961,998,313 | **Identity Theft** | $20,202,521 |
| **Confidence/Romance** | $237,151,771 | **Lottery/Sweepstakes/Inheritance** | $6,342,329 |
| **Employment** | $197,224,612 | **Real Estate** | $5,900,921 |
| **Data Breach** | $167,874,424 | **Ransomware\*** | $1,076,710 |
| **Government Impersonation** | $146,057,054 | **Botnet** | $713,693 |
| **Extortion** | $96,072,767 | **Overpayment** | $300,488 |
| **Business Email Compromise** | $63,882,699 | **Harassment/Stalking** | $231,600 |
| **Other** | $63,516,319 | **Malware** | $187,911 |
| **Non-Payment/Non-Delivery** | $55,139,529 | **IPR/Copyright and Counterfeit** | $43,199 |
| **Advanced Fee** | $36,436,824 | **Threats of Violence** | $289,288 |
| **Phishing/Spoofing** | $28,546,213 | **Crimes Against Children** | $19,174 |
| **Descriptor\*\*** | | | |
| **Cryptocurrency** | $9,322,335,911 | | |

\* Regarding Ransomware adjusted losses, this number does not include estimates of lost business, time, wages, files, equipment, or any third-party remediation services acquired by a complainant. In some cases, complainants do not report any loss amount to FBI, thereby creating an artificially low overall ransomware loss rate. Lastly, the number only represents what complainants report to FBI via IC3 and does not account for complainants directly reporting to FBI field offices/agents.

\*\* This descriptor relates to the medium or tool used to facilitate the crime and are used by IC3 for tracking purposes only. It is available only after a crime type has been selected. Please see Appendix C for more information regarding IC3 data.

# Attachment 1-B



Coinbase account

Coinbase.com
Exchange

$187K

Reported as
Scam
13zA3BUwEV
Scam

$446K

bc1pfjrnusv...

$4.11K

$1.23M

bc1ppyg4l7r...

$1.17M

bc1p8asf7mq...

$113K

Hyperunit.xyz
Other

$129K

0x8534A595E...

$192K

Binance.com
Exchange

$689K

0x58e35DA34...

$411K

0x23d1c8AB0...

Onchain wallet

$828K

0xacE2508B1...

$828K

0xe6678EF02...

$1.79M

0x1Dc2B2775...

$1.22M



| Owner Name | Blockchain | Asset Type | Asset Name | Total Estimated Assets Traced Inflow (per Asset Type) |
|---|---|---|---|---|
| Binance | ETH | dac17f958d2ee523a2206206994597c13d831ec7 | TetherUSD | 1,367,318.63490600 |

By Owner

| Destination of Funds analysis using FIFO (first-in-first-out) transaction tracking method | | | | | Destination of Funds analysis using LIFO ( | | |
|---|---|---|---|---|---|---|---|
| Total Estimated Assets Traced Inflow (in USD @ day of transaction) | Total Estimated Assets Traced Inflow (in USD @ day of report) | Assets Traced Inflow Start Time | Assets Traced Inflow End Time | Number of Assets Traced Transactions Incoming to Owner | Total Estimated Assets Traced Inflow (per Asset Type) | Total Estimate Assets Traced Inflow (in USD @ day of transaction) | Total Estimated Assets Traced Inflow (in USD @ day of report) |
| $1,367,318.63 | $1,366,227.51 | 2025-05-02 21:30:11 | 2025-06-01 21:16:23 | 21 | 1,366,450.89743200 | $1,366,450.90 | $1,365,360.47 |

By Owner

| ...ast-in-first-out) transaction tracking method | | | Destination of Funds analysis using **Pro-Rata by all Outputs** transaction trackin... | | | | |
| Assets Traced Inflow Start Time | Assets Traced Inflow End Time | Number of Assets Traced Transactions Incoming to Owner | Total Estimated Assets Traced Inflow (per Asset Type) | Total Estimate Assets Traced Inflow (in USD @ day of transaction) | Total Estimated Assets Traced Inflow (in USD @ day of report) | Assets Traced Inflow Start Time |
|---|---|---|---|---|---|---|
| 2025-05-02 21:30:11 | 2025-05-30 03:30:23 | 20 | 1,364,227.93403100 | $1,364,227.93 | $1,363,139.28 | 2025-05-02 21:30:11 |

By Owner

| g method | | | Destination of Funds analysis using <u>Pro-Rata by Blocks</u> transaction tracking method | | | | | |
|---|---|---|---|---|---|---|---|---|
| Assets Traced Inflow End Time | Number of Assets Traced Transactions Incoming to Owner | Total Estimated Assets Traced Inflow (per Asset Type) | Total Estimate Assets Traced Inflow (in USD @ day of transaction) | Total Estimated Assets Traced Inflow (in USD @ day of report) | Assets Traced Inflow Start Time | Assets Traced Inflow End Time | Number of Assets Traced Transactions Incoming to Owner |
| 2025-06-01 21:16:23 | 22 | 1,367,120.72264400 | $1,367,120.72 | $1,366,029.76 | 2025-05-02 21:30:11 | 2025-06-01 21:16:23 | 22 |

By Owner

| | | | | | |
|---|---|---|---|---|---|
| **Destination of Funds analysis using <u>Taint Last</u> transaction tracking method** | | | | | |
| **Total Estimated Assets Traced Inflow** (per Asset Type) | **Total Estimate Assets Traced Inflow** (in USD @ day of transaction) | **Total Estimated Assets Traced Inflow** (in USD @ day of report) | **Assets Traced Inflow Start Time** | **Assets Traced Inflow End Time** | **Number of Assets Traced Transactions Incoming to Owner** |
| 1,363,709.62784000 | $1,363,709.63 | $1,362,621.39 | 2025-05-02 21:30:11 | 2025-05-30 03:30:23 | 18 |