## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## BEAUMONT DIVISION

Northfield LLC,

     *Plaintiff*,

v.

Onchainweb3.net, *et al.*,

     *Defendants*.

Case No. 1:26-cv-00092

**Declaration of Marshal Hoda**

I, Marshal Hoda, state and swear as follows.

1.     My name is Marshal J. Hoda. I am of sound mind and capable of making this Declaration. I have personal knowledge of the facts stated herein. I represent the plaintiff in this matter, Northfield LLC.

2.     I personally drafted Plaintiff's Emergency Motion for *Ex Parte* Temporary Restraining Order, Preliminary Injunction, Expedited Discovery, and Alternative Service, which sets out facts and offers argument as to why the Court should enter a freezing order in this case without notice to the defendants. I verify the statements set out there and urge the Court to grant the Motion for the same reasons.

//

## SIGNATURE PAGE

_____
Marshal Hoda
2026-03-12