UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| NORTHFIELD LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-cv-00092 |
| | § | JUDGE MICHAEL J. TRUNCALE |
| ONCHAINWEB3, a general partnership; | § | |
| AVA LEE; THE BINANCE OFF-RAMP | § | |
| DEFENDANT; and JOHN DOES 1 - 20, | § | |
| | § | |
| *Defendants*. | § | |

## ORDER SETTING PRELIMINARY INJUNCTION/EVIDENTIARY HEARING

PLEASE BE ADVISED AND TAKE NOTICE that a Preliminary Injunction/Evidentiary Hearing has been set before this Honorable Court on **March 26, 2026 at 1:30 PM in Courtroom 2, Jack Brooks Federal Courthouse, 300 Willow Street, Beaumont, Texas**.

In-person attendance is required.

**SIGNED this 12th day of March, 2026.**

_____
Michael J. Truncale
United States District Judge