# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## BEAUMONT DIVISION

|  |  |
|---|---|
| Northfield LLC, | |
| *Plaintiff,* | Case No. 1:26-cv-00092 |
| v. | |
| Onchainweb3.net, *et al.*, | **Proof of Service** |
| *Defendants*. | |

I, Evan Cole, state and swear as follows.

I hereby certify that on March 24, 2026, I served Ava Lee with notice of the upcoming Preliminary Injunction Hearing as authorized in the Order Granting Plaintiff's Motion for Emergency *Ex Parte* Temporary Restraining Order and Order Authorizing Expedited Discovery.

**VERIFICATION**

I, Evan Cole, hereby verify and declare under penalty of perjury that the foregoing is true and correct.

_____
Evan Cole
The Hoda Law Firm, PLLC

Dated:    March 24, 2026

- 2 -