UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| NORTHFIELD LLC, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| VS. | § | |
| | § | CIVIL ACTION NO. 1:26-cv-00092 |
| ONCHAINWEB3.NET, *et al.,* | § | |
| | § | |
| *Defendants.* | § | |
| | § | |
| | § | |

## ORDER GRANTING EXTENSION OF TRO

On March 12, 2026, the Court granted Plaintiff's request for a 14-day TRO freezing cryptocurrency exchange accounts that Plaintiff alleges received assets that were stolen from Plaintiff by the defendants in this matter. Dkt. 3. The Court subsequently held a Preliminary Injunction Hearing on March 26, 2026. Dkt. 4. Plaintiff now seeks a 14 day extension of the TRO in order to provide the court with requested materials.

The Court has heard Plaintiff's motion and Plaintiff's Motion is hereby  **GRANTED**. The TRO is extended through **April 9, 2026.**

It is so **ORDERED.**

**SIGNED this 26th day of March, 2026.**

_____
Michael J. Truncale
United States District Judge

Dated:  March 26, 2026

Prepared By:

THE HODA LAW FIRM, PLLC,
D/B/A CYBERJUSTICE LAW
GROUP

/s/ Alexander J. Crous

Marshal J. Hoda, Esq.
Tx. Bar No. 2411009
Alexander Crous, Esq.
Tx. Bar No. 24136488
3120 Southwest Fwy
Ste. 101 PMB 51811
Houston, TX 77098
o. (832) 838-0036
marshal@cyberjustice.law
alex@cyberjustice.law

*Attorneys for Plaintiff*